Kimberlee A. Rode (State Bar No. 186132)
Law Office of Kimberlee A. Rode
9284 Jackson Road
Sacramento, CA  95826
Telephone: (916) 417-4564
Facsimile: (916) 244-7006

Attorney for Parveen A. Lal and Jodi L. Wright


LOCKE LORD BISSELL & LIDDELL LLP
Thomas J. Cunningham (SBN: 263729)
Nina Huerta (SBN: 229070)
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone (213) 485-1500
Facsimile (213) 485-1200

Attorneys for Defendant American Home Mortgage Servicing, Inc. at al

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| Parveen A. Lal and Jodi L. Wright,<br><br>           Plaintiffs,<br><br>v.<br><br>American Home Mortgage Servicing, Inc. and LENDER DOE,<br><br>           Defendants. | Case No.: 2:09-CV-01585-MCE-DAD<br><br>PROPOSED ORDER FOR STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT<br><br>Date: No Hearing date<br>Hon Morrison C. England, Jr.<br><br>Action filed June 8, 2009 |

     COMES NOW Plaintiffs Parveen A. Lal and Jodi L. Wright ("Plaintiff"), by and through their attorney of record, The Law Office of Kimberlee A. Rode, and Defendants, American Home Mortgage Servicing, Inc. and LENDER DOE ( "Defendant"), by and through their attorneys of record, Locke Lord Bissell & Liddell, LLP, who stipulate as follows:

Stipulation for dismissal with prejudice - 1

IT IS HEREBY STIPULATED by and among Plaintiffs, on the one hand, and Defendant, on the other hand, by and through their respective attorneys of record, that this action shall be dismissed in its entirety, with prejudice, with each party to bear its own attorney's fees and costs incurred in this action.

**NOW THEREFORE**, IT IS STIPULATED BY AND BETWEEN Plaintiff and Defendants, through their respective attorneys of record that this action shall be dismissed in its entirety, with prejudice.

**IT IS SO STIPULATED.**

**THE LAW OFFICE OF KIMBERLEE A. RODE**

Dated: July 27, 2010

By: /s/ Kimberlee A. Rode

Kimberlee A. Rode, attorney for Plaintiffs Parveen A. Lal and Jodi L. Wright

Dated: July 12, 2010

**LOCKE LORD BISSELL & LIDDELL LLP**

By: /s/ Nina Huerta

Nina Huerta, attorney for Defendant American Home Mortgage Servicing, Inc. and LENDER DOE

**IT IS SO ORDERED.** This matter having been dismissed in its entirety, with prejudice, the Clerk of Court is hereby directed to close the file.

Dated: August 5, 2010

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation for dismissal with prejudice - 2

PDF created with pdfFactory trial version www.pdffactory.com